```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :        CRIMINAL ACTION
                                :
          v.                    :
                                :
SALAHUDIN SHAHEED               :        NO. 15-187
```

ORDER

AND NOW, this 20th day of August, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the appeal of defendant Salahudin Shaheed of the Magistrate Judge's bail order and his motion for pre-trial release (Doc. # 33) are DENIED.

                                        BY THE COURT:


                                        /s/ Harvey Bartle III
                                                                  J.